


**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 21, 2006                                                United States Bankruptcy Judge

---

FORM 0013.000458

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

**IN RE:**
**DAVID WILLIAM KNIGHT**

CASE NO: 05-71031-HDH-13
ATTORNEY: MONTE J WHITE
DATED: August 7, 2006
HEARING DATE: 9-20-2006
HEARING TIME: 11:00 AM

---
**ORDER ON DEBTOR'S OBJECTION TO CLAIMS**
---

On this day came on for hearing the "Debtor's Objection to Claims", and any response filed thereto. The following parties appeared: Debtor(s), the Standing Chapter 13 Trustee, and (no other parties)

After considering the pleadings, the evidence and stipulations, if any, and the argument of counsel, the Court finds that the following order should be entered:

IT IS THEREFORE ORDERED THAT:

(1) All of the secured creditor's claims listed on the "Debtors' Final Chapter 13 Plan and Motion for Valuation ("Plan") (Section I, Part E)" dated 8-7-2006 are amended as provided in the "Order Confirming Final Chapter 13 Plan, Valuing Collateral and Allowing Debtors' Attorney's Fees" by treating the secured claim(s) to be paid to the extent of the value of the collateral provided in the PLAN with the balance to be treated as a general unsecured claim; and

(2) All the scheduled unsecured creditors listed as "NOT FILED" on the PLAN (Section I, Part J) dated 8-7-2006 are DISALLOWED in all respects.

# # #  End of Order # # #

   /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424