Monte J. White & Associates, P.C.
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                              §
David William Knight                § CASE NO. 05-71031-HDH-13
                                    §
                                    §
DEBTOR                              §

DEBTORS' OBJECTION TO ALLOWANCE OF CLAIM
OF Target National Bank (claim 18-1)

   Comes now Debtor in the above-entitled cause and files this Objection to the Claim filed in this matter by Target National Bank and would respectfully show the Court as follows:

1. Target National Bank has filed an unsecured Proof of Claim (Claim 18-1) for $327.31.

2.     Claimant did not attach sufficient and/or legible documents to verify the debt belongs to the Debtor and that the Debtor signed for the card and/or incurred the charges.

3.     Claim should be disallowed.

   WHEREFORE, PREMISES CONSIDERED, Debtors pray that the claim of Target National Bank (Claim 18-1) is disallowed as secured, allowed as unsecured and for additional or alternative relief as may be just and proper.

                          Respectfully submitted,

                          /s/Monte J. White
                          Attorney for Debtor(s)

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ON OR BEFORE THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3)ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5)

ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on July 8, 2009, a true and correct copy of the foregoing was served on the following parties in interest:

CHAPTER 13 TRUSTEE
Mr. Walter O'Cheskey
6308 Iola
Lubbock, TX  79424

DEBTORS
David William Knight
5125 Wakefield
Wichita Falls, TX 76310

U.S. TRUSTEE
William T. Neary
1100 Commerce, Rm. 9C60
Dallas, Texas 75242

CREDITOR
Target National Bank
c/o Weinstein And Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

/s/Monte J. White
Attorney for Debtor(s)