

**NORTHERN DISTRICT OF TEXAS**
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 13, 2009**                                **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| David William Knight § | CASE NO. 05-71031-13 |
| § | |
| § | |
| DEBTOR § | |

**ORDER DISALLOWING CLAIM OF Target National Bank (Claim 18-1)**

On this day came on to be heard/considered Debtor's Objection to Claim of Target National Bank. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds the claim of Target National Bank (Claim 18-1) for $327.31 should be disallowed.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED that the claim of Target National Bank (Claim 18-1) for $327.31 filed in the above-entitled matter is disallowed.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax
legal@montejwhite.com